UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-131

No. <u>25-2152 & 25-8027</u>

DANIEL LA HART; KATHERINE LA HART

v.

SUNOCO PIPELINE L.P.; ENERGY TRANSFER LP;
ENERGY TRANSFER (R&M) LLC,
　　　　　　　　　　　Appellants

DANIEL LA HART; KATHERINE LA HART

v.

SUNOCO PIPELINE L.P.;
ENERGY TRANSFER LP; ENERGY TRANSFER (R&M) LLC,
　　　　　　　　　　　Petitioners

(E.D. Pa. No. 2:25-cv-02072)

Present: PHIPPS, CHUNG and SMITH, <u>Circuit Judges</u>

1. Motion by Appellees to Dismiss Case for Lack of Jurisdiction.

2. Response by Appellants to Motion.

3. Reply by Appellees to Response.

4. Amicus Brief on behalf of The Chamber of Commerce of the United States of America in Support of Appellants.

5. Petition by Petitioners Sunoco Pipeline LP, Energy Transfer LLC and Energy Transfer LP for Leave to Appeal pursuant to 28 U.S.C. Section 1453(c) Class Action Fairness Act Review of Remand Orders.

6. Response by Respondents to Petition.

　　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　　Clerk/kr

_____ORDER_____

The foregoing defendants' appeal (No. 25-2152) will not be dismissed due to a jurisdictional defect at this time. The issue of jurisdiction is referred to the merits panel for consideration after briefing. This order does *not* represent a finding of jurisdiction in this matter. As in all cases, the panel of this Court that reviews the appeal on its merits will make a final determination as to jurisdiction. A briefing schedule will be issued at the appropriate time. The parties should address jurisdiction in their briefs. See Fed. R. App. P. 28(a)(4) & 28(b).

The defendants' petition for permission to appeal (No. 25-8027) is referred to the merits panel that will decide the defendants' appeal.

By the Court,

s/D. Brooks Smith
Circuit Judge

Dated: August 20, 2025

kr/cc: All Counsel of Record